Jury Copy

**FILED**
JAMES J. VILT, JR. - CLERK

MAY 03 2021

U.S. DISTRICT COURT
WEST'N. DIST. KENTUCKY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
BOWLING GREEN DIVISION
CRIMINAL ACTION NO. 1:17-CR-00035-GNS-1

UNITED STATES OF AMERICA     PLAINTIFF

v.

JORGE SANTOS CABALLERO-MELGAR     DEFENDANT

## VERDICT FORM

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

### Count 1

Beginning on or about December 23, 2016, and continuing through on or about September 2, 2017, in the Western District of Kentucky, Warren County, Kentucky, and elsewhere, the Defendant, JORGE SANTOS CABALLERO-MELGAR knowingly and intentionally conspired with others to unlawfully obstruct, delay, and affect commerce, and the movement of articles and commodities in such commerce, by robbery, that is, unlawfully taking or obtaining personal property from the person or in the presence of another, against that person's will, by means of actual or threatened force.

We, the Jury, find Defendant Jorge Santos Caballero-Melgar:

Guilty __✓__          Not Guilty _____

**REDACTED**

__May 3rd 2021__
DATE

**PLEASE PROCEED TO COUNT 2.**

1

GS

## Count 2

Beginning on or about December 23, 2016, and continuing through on or about September 2, 2017, in the Western District of Kentucky, Warren County, Kentucky, and elsewhere, the Defendant, JORGE SANTOS CABALLERO-MELGAR knowingly and intentionally conspired with others to use or carry a firearm during and in relation to a crime of violence and to possess a firearm in furtherance of a crime of violence.

We, the Jury, find Defendant Jorge Santos Caballero-Melgar:

Guilty __✓__   Not Guilty _____

**REDACTED**

DATE __May 3rd 2021__

**PLEASE PROCEED TO COUNT 3.**

2

G.S.

### Count 3

On or about March 17, 2017, in the Western District of Kentucky, Warren County, Kentucky, the Defendant, JORGE SANTOS CABALLERO-MELGAR did unlawfully aid and abet others to obstruct, delay, and affect, or attempt to obstruct, delay, and affect commerce or the movement of articles and commodities in such commerce, by robbery, that is, unlawfully taking and obtaining personal property from the person or in the presence of another, against that person's will, by means of actual or threatened force.

We, the Jury, find Defendant Jorge Santos Caballero-Melgar:

Guilty ___✓___          Not Guilty _____

**REDACTED**

___May 3rd 2021___
DATE

**IF YOU FIND THE DEFENDANT GUILTY OF THIS COUNT 3, PLEASE PROCEED TO COUNT 4.  IF YOU FIND THE DEFENDANT NOT GUILTY OF THIS COUNT 3, PLEASE PROCEED TO COUNT 5.**

G.S.

## Count 4

On or about March 17, 2017, in the Western District of Kentucky, Warren County, Kentucky, the defendant, JORGE SANTOS CABALLERO-MELGAR aided and abetted another person in the use of a firearm in the course of a crime of violence for which a person may be prosecuted in a United States court, in violation of 18 U.S.C. § 924(c), causing the reasonably foreseeable death of a person through the use of a firearm, and that killing was a murder, that is: during the course of the robbery charged in Count 3, J.C. was shot with a firearm during the robbery of the La Placita market in Bowling Green, Kentucky, causing J.C.'s death.

We, the Jury, find Defendant Jorge Santos Caballero-Melgar:

Guilty ____✓____    Not Guilty _____

**REDACTED**

DATE __May 3rd 2021__

**PLEASE PROCEED TO COUNT 5.**

G.S.

### Count 5

On or about November 29, 2017, in the Western District of Kentucky, Warren County, Kentucky, the defendant, JORGE SANTOS CABALLERO-MELGAR, an alien, was found in the United States after having previously been excluded, deported, or removed from the United States, and not having obtained the express consent of the Secretary of Homeland Security to reapply for admission to the United States.

We, the Jury, find Defendant Jorge Santos Caballero-Melgar:

Guilty __✓__          Not Guilty _____

**REDACTED**

__May 3rd 2021__
DATE

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

**PLEASE NOTIFY THE COURT SECURITY OFFICER THAT YOU HAVE REACHED A VERDICT.**

G.S.