# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF KENTUCKY
# BOWLING GREEN DIVISION
# CASE NO. 1:17-CR-35-GNS

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **PLAINTIFF** |

**VS.**

| | |
|---|---|
| **JORGE SANTOS CABALLERO-MELGAR** | **DEFENDANT** |

---

## ORDER ON MOTION TO EXTEND DEADLINE
## CONTINUNING SENTENCING

---

      This matter having come before the Court upon Defendant's Motion to Continue the final sentencing hearing, and the Court being otherwise sufficiently advised of the reasons stated therein, the Court HEREBY ORDERS that the Final Sentencing in this matter is HEREBY scheduled for the 18th day of October, 2021, at 1:30 P.M. CDT.  Two Certified Spanish interpreters will be needed for this hearing.

*[signature]*

Greg N. Stivers, Chief Judge
United States District Court

September 7, 2021

Copies to:    Counsel of Record
                  Interpreter Coordinator