FILED
JAMES J. VILT, JR. - CLERK
OCT 18 2021
U.S. DISTRICT COURT
WEST'N. DIST. KENTUCKY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT BOWLING GREEN
CRIMINAL ACTION NO. 1:17-CR-00035-GNS

UNITED STATES OF AMERICA                                    PLAINTIFF

vs.

JORGE SANTOS CABALLERO-MELGAR (1)                           DEFENDANT

## COURT'S ADVICE OF RIGHT TO APPEAL

You are now notified by this Court that you have a right to appeal your case to the Sixth Circuit Court of Appeals which on proper appeal will review this case and determine that there has or has not been error of law. If you do not have sufficient money to pay for the appeal, you have a right to apply for leave to appeal *in forma pauperis*, which means you may appeal without paying for it. If you are without the services of any attorney and desire to appeal and so request, the Clerk of this Court shall prepare and file forthwith notice of appeal on your behalf. This notice of appeal must be filed within fourteen (14) days from the date of entry of the judgment.

If you do not have sufficient funds to employ an attorney, the Court of Appeals may appoint your present attorney or another attorney to prosecute the appeal for you. You may request to be released on a reasonable bond pending the appeal.

## ACKNOWLEDGMENT

The above statement has been read to me in open court this 18th day of October, 2021.

Witness: /s/ Traci Duff                          JORGE CABALLERO
Traci Duff, Deputy Clerk                         Defendant's signature