UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
BOWLING GREEN DIVISION
CRIMINAL ACTION NO. 1:17-CR-00035-GNS-HBB-1
CIVIL ACTION NO. 1:24-CV-00043-GNS

**JORGE SANTOS CABALLERO-MELGAR**  **MOVANT/DEFENDANT**

v.

**UNITED STATES OF AMERICA**  **RESPONDENT/PLAINTIFF**

## JUDGMENT

In accordance with the order of the Court it is hereby **ORDERED AND ADJUDGED** as follows:

(1) The motion to vacate, set aside or correct sentence (DN 647) is **DISMISSED** with prejudice, and judgment is entered in favor of Respondent/Plaintiff.

(2) A certificate of appealability is **DENIED** as to each claim asserted in the motion to vacate; and

(3) This is a **FINAL** judgment, and the matter is **STRICKEN** from the active docket of the Court.

Greg N. Stivers, Judge
United States District Court
January 14, 2026

cc:   Jorge Santo Caballero-Melgar
      Counsel of Record