FILED
JAMES J. VILT, JR. - CLERK

JAN 20 2026

U.S. DISTRICT COURT
WEST'N. DIST. KENTUCKY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
BOWLING GREEN DIVISION
CRIMINAL ACTION NO.1-17-CR-00035-GNS-HBB-1
CIVIL ACTION NO.1-24-CV-00043-GNS

JORGE SANTOS CABALLERO-MELGAR                    MOVANT/DEFENDANT

VS.

UNITED STATES OF AMERICA                          RESPONDENT/PLAINTIFF

28 U.S.C. SECTION 2255

---

### NOTICE OF APPEAL

Notice is hereby given that Jorge Santos Caballero Melgar, the movant pro se in the above-styled § 2255 action, hereby appeals to the United States Court of Appeals for the Sixth Circuit Court from final judgment denying movant's § 2255 motion. Such judgments entered December 30, 2025, (DK#4522).

Done this __8__ day of January, 2026.

/s/ _Jorge Santos C.-Melgar_
Jorge Santos C.-Melgar
Movant Pro Se

Jorge S. Caballero Melgar # 91631-083
Federal Correctional Institution
P.O. Box 900
Ray Brook, NY 12977

4540

"Legal Mail"

**RECEIVED**
JAMES J. VILT, JR. - CLERK
JAN 20 2026
U.S. DISTRICT COURT
WEST'N. DIST. KENTUCKY

⇔91631-083⇔
Us District Court
Clerk OF Court
241 EAST MAIN Street
Suite 120
Bowling Green, KY 42101-2175
United States

Retail
U.S. POSTAGE PAID
FCM LG ENV
SARANAC LAKE, NY 12983
JAN 16, 2026
42101
$0.00
RDC 99
S2323W500711-05

FCI RAY BROOK
P.O. BOX 300 RAY BROOK, NEW YORK

DATE: 01-16-2026

"The enclosed letter was processed through special mailing procedures for forwarding to you. The letter has neither been opened nor inspected. If the writer raises a question or problem over which this facility has jurisdiction, you may wish to return the material for further information or clarification. If the writer enclosed correspondence for forwarding to another addressee, please return the enclosed to the above address."



CERTIFIED MAIL